DISCIPLINARY COUNSEL *v.* SQUIRE.

[Cite as *Disciplinary Counsel v. Squire*, ___ Ohio St.3d ___, 2021-Ohio-3438.]

(No. 2007-0492—Submitted October 1, 2021—Decided October 4, 2021.)

ON APPLICATION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Carole H. Squire, Attorney Registration No. 0031715, last known address in Columbus, Ohio.

{¶ 2} The court coming now to consider its order of October 25, 2007, wherein the court, pursuant to former Gov.Bar R. V(6)(B)(3), suspended respondent from the practice of law for a period of two years with one year stayed on condition, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the State of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For earlier case, see *Disciplinary Counsel v. Squire*, 116 Ohio St.3d 110, 2007-Ohio-5588, 876 N.E.2d 933.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

———————————